**Weil, Gotshal & Manges LLP**

2001 M Street NW, Suite 600
Washington, DC 20036
+1 202 682 7000 tel
+1 202 857 0940 fax

**Zachary D. Tripp**
+1 202 682 7220
zack.tripp@weil.com

May 1, 2023

VIA CM/ECF

Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re: *Davitashvili v. Grubhub Inc.*, Nos. 23-521 (L), 23-522 (Con)

Dear Ms. Wolfe:

Pursuant to Local Rule 31.2, Defendant-Appellant Grubhub Inc. respectfully requests May 26, 2023, which is 39 days from the "ready date" (April 17, 2023), as the deadline to file its opening brief.

Respectfully submitted,

 *s/ Zachary D. Tripp*
Zachary D. Tripp

cc: All counsel of record via CM/ECF